**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-60678-EA**

**Porfirio Ernesto Guardado Sanchez,**

      Petitioner,

v.

**Field Office Director of Enforcement and Removal Operations, Miami Field Office,**
**Immigration and Customs Enforcement,**
**Kristi Noem,**
**Pam Bondi,**
**Warden, Broward Transitional Center,**

      Respondents.

_____/

**<u>ORDER TO RESPOND</u>**

This cause comes before the Court on the petitioner's petition for the writ of habeas corpus, alleging that he has been unlawfully detained despite being allegedly granted temporary protected status [ECF No. 1]. Having carefully reviewed the record, it is **ORDERED AND ADJUDGED**:

1. Within **10 days** of the issuance of this order, the respondents shall brief the Court on subject matter jurisdiction under 8 U.S.C. § 1252(b)(9), 8 U.S.C. § 1252(g), and/or any other applicable statute, as well as the merits of the petition. The response shall include all relevant documents and transcripts necessary for the resolution of this matter.

2. Within **10 days of the respondents' response**, the petitioner shall file a response to the respondents' arguments.

**ORDERED** in Chambers in West Palm Beach, Florida, this 23rd day of March 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Themistoklis Elijah Aliferis**
Law Office of Sammy Aliferis PA
6303 Waterford District Dr.
Ste 400
Miami, FL 33126
305-200-5000
Fax: 786-279-0975
Email: taliferis@aliferislaw.com

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

Noticing INS Attorney
Email: usafls-immigration@usdoj.gov